**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LISA JO BREITKREUTZ,

Petitioner,

v.

WILL FELTMAN,

Respondent.

Case No. 26-cv-3134 (LMP/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

This matter is before the Court on the July 15, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko which recommends denying Petitioner Lisa Jo Breitkreutz's petition for a writ of habeas corpus. *See* ECF No. 5. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1. The R&R (ECF No. 5) is **ADOPTED IN FULL**;

2. The Petition (ECF No. 1) is **DENIED**;

3. The Application To Proceed in District Court Without Prepayment of Fees or Costs (ECF No. 2) is **DENIED** as moot;

4. This action is **DISMISSED WITHOUT PREJUDICE**; and

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 18, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge